UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| KRIS FOX, | ) | CASE NO. 5:17-cv-01088-JRA |
| | ) | |
| Plaintiff, | ) | JUDGE JOHN R. ADAMS |
| | ) | |
| -vs- | ) | |
| | ) | **ORDER** |
| ABC PHONES OF NORTH | ) | |
| CAROLINA, INC., | ) | |
| | ) | |
| Defendant. | ) | |

On September 19, 2017, the parties contacted the Court to confirm that they reached a settlement on all claims. Therefore, the docket will now be marked "settled and dismissed without prejudice." Within 45 days, the parties shall submit to the Court a copy of their settlement agreement for review and approval. If approved, the proposed entry shall supplement this order. This Court retains jurisdiction over the settlement.

IT IS SO ORDERED.

Dated:  September 19, 2017          */s/ Judge John R. Adams*
                                    JUDGE JOHN R. ADAMS
                                    UNITED STATES DISTRICT COURT